UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 12 P 2:39

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DANA MOZELL,
     Plaintiff

VS.                       CASE NO: 3:02cv1035 (DFM)

JOHN ARMSTRONG, et al,
     Defendants,

## PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION TO DISMISS

The plaintiff asks that this case not be dismissed. The plaintiff will be able to show that the named defendant's did not take any measure to assure that the housing unit was safe. Plaintiff will show that the officers made the plaintiff suffer cruel and unusual punishment while in their performance of duties and that the defendant's acted with careless indifference and wanton and reckless disregard for the plaintiff's safety. The Defendant's violated the plaintiff's due process guaranteed by the fourth and the fourteemth amendments to the plaintiff.

The plaintiff also asks that the court not dismiss this case and grant the Plaintiff some leeway as he is not a trained lawyer and is pursuing this action Pro-se. The Plaintiff wishes to prove at trial that the Defendant dis know or should have known that the violence was about to happen and that as properly trained Correctional officers that they should have been able to prevent it.

RESPECTFULLY,
THE PLAINTIFF

_Dana Mozell April 7-2004_
DANA MOZELL, PRO-SE #
Carl Robinson Corr. Inst.
P.O. Box 1400, Enfield, CT  06083

CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed this date, postage prepaid to:

Lynn D. Wittenbrink, Esq.
Office of the Attorney General
MacKenzie Hall, 110 Sherman Street
Hartford, CT  06105-2294

ORDER

The Court having heard the above Motion, it is hereby:

GRANTED      DENIED

_____      _____
Date                                        Judge/Clerk

THE PLAINTIFF

*Dana Mozell*  April-7-2004
DANA MOZELL, Pro-se
Carl Robinson C.I. #
P.O. Box 1400
Enfield, CT 06083