United States District Court
District of Connecticut

**FILED**
2004 APR 15 P 3:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dana Mozell
   Plaintiff,

vs

John Armstrong, et cal
   Defendants

Case No: 3.02 cv 1035 (DFM)

## Motion For Discovery And Inspection

The Plaintiff hereby requests that the named Defendants comply with this motion for Discovery so that the case can moved forward. The Plaintiff asks that the Defendants comply because the Plaintiff will have a very hard time trying to obtain certain material that the D.O.C. Medical Department has.

The Plaintiff herein asks for the following:

1. The Defedant produce all written reports by the Officer's Malewskis and Vernon;
2. That all medical reports taken be given to the Plaintiff;
3. That all medical incident report be turned over;
4. Records of both officer's history on assaults while employed
5. Copies of all grievances filed against both officers
6. Any reprimands, suspensions and/or warnings to Officers;
7. Recrods of officers training for inmates being attacked.

8. All copies and Photographs be allowed at court including films taken;

9. All statements given to them by any witnesses to the assault;

10. That the nurse and/or medical doctor who treated the Plaintiff Produce copies of all examinations including X-Rays and film;

11. All documentation witten by any Captain/shift supervisor who was on duty the night of the incident;

12. The file of the Attorney General assinged as to the documents that have been given to him.

Respectfully
The Plaintiff
_____ April 13 - 2004
Dana Mozell, Pro-se
Carl Robinson C.I. #
P.O. Box 1400
Enfield, CT. 06083

## CERTIFication

This is to certify that a copy of the foregoing Motion was mailed this date, postage prepaid to:

Lynn D. Wittenbrink, Esq.
Office of the Attorney General
MacKenzie Hall, 110 Sherman Street
Hartford, CT. 06105-2294

## Order

The court having heard the above Motion it is hereby:
Granted / Denied

_____     _____
Date             Judge / Clerk