UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANA MOZELL | : | |
| | : | |
| v. | : | Case No. 3:02CV1035(DFM) |
| | : | |
| COMMISSIONER JOHN ARMSTRONG and WARDEN HECTOR RODRIGUEZ | : | |

FILED 2004 JUL 14 P 3:52
US DISTRICT COURT
HARTFORD, CT.

### RULING AND ORDER

Defendants seek leave of court to file a motion for summary judgment on the issue of exhaustion of administrative remedies. They also seek leave to file a second motion for summary judgment addressing the merits of plaintiff's claims if the first motion is denied. Defendants' motion [**doc. #25**] is **GRANTED**. Defendants shall file their motion for summary judgment within **thirty (30)** days from the date of this order.

Plaintiff has filed a motion asking that defendants provide him with various documents. Discovery requests are submitted to defendants' counsel. They are not filed with the court absent a specific court order. See D. Conn. L. Civ. R. 5(e). The court has not issued such an order in this case. Accordingly, plaintiff's motion [**doc. #27**] is **DENIED**. Plaintiff is directed to submit his discovery request to defendants' counsel.

**SO ORDERED** this 14th day of July, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE