UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Dana Mozell | : | PRISONER. |
| | | 3:02CV1035(DFM) |
| v. | : | |
| John Armstrong, et al | : | August 19, 2004 |

## MOTION FOR SUMMARY JUDGEMENT ON EXHAUSTION ISSUE[1]

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move for summary judgment in their favor as the plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). In support of this motion, the defendant provides a Memorandum of Law, an Affidavit, and a Statement of Material Facts Not in Dispute.

DEFENDANT,
John Armstrong
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.  (860) 808-5450
Fax No. (860) 808-5450
lynn.wittenbrink@po.state.ct.us

---

[1] The defendants moved for permission to file a Motion for Summary Judgment solely on the issue of exhaustion of administrative remedies, reserving their right, if unsuccessful on the motion regarding exhaustion, to file a summary judgment motion with regard to the merits of the plaintiff's cause of action. This motion was granted by the Court on July 14, 2004.

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail to the following on this 19th day of August, 2004, to:

Dana Mozell, Inmate No. 208420
Carl Robinson Correctional Institution
P.O. Box 1400
Enfield, CT 06083

                                               ___/s/_____
                                               Lynn D. Wittenbrink
                                               Assistant Attorney General