**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DANA MOZELL                         :          PRISONER
                                    :          NO. 3:02CV1035(DFM)
        VS.                         :
                                    :
JOHN ARMSTRONG, ET AL.              :          AUGUST 19, 2004

**NOTICE OF MANUAL FILING**

Please take notice that defendants **JOHN ARMSTRONG, ET AL.**, have manually filed

the following documents:

      1.    **ATTACHMENTS**

            Nieves v. CO Palumbo
            No. 3:96CV1389(DFS)(TPS)
            - Ruling on Motion to Dismiss

            Aponte vs. Arrington, et al.
            No. 3:99CV847(WWE)
            - Order re Defendants' Motion For Judgment on the Pleadings

            Bates vs. Myers, et al.
            No. 3:02CV974(AVC)(TPS)
            - Ruling on Cross-Motions for Summary Judgement
            - Recommended Ruling

      2.    **EXHIBITS**

            Exhibit B – 9.6 Administrative Directive

[ X ]    The documents cannot be converted to an electronic format.
[    ]    The electronic file size of the document exceeds 1.5 megabytes.
[    ]    The document or thing is filed under seal pursuant to Local Rule of Civil
          Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[    ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

DEFENDANTS,
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
      Lynn D. Wittenbrink
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Juris No. 414074
      Telephone No.:  (860) 808-5450
      Fax No.:  (860) 808-5591
      E-Mail:  lynn.wittenbrink@po.state.ct.us


## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

to the following on this 19th day of August, 2004:

Lanny Marden, Inmate No. 181275
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT  06071


                      ____/s/_____
                      Lynn D. Wittenbrink
                      Assistant Attorney General

2