### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Dana Mozell | : | PRISONER. |
| | | 3:02CV1035(RNC) |
| v. | : | |
| John Armstrong, et al | : | August 17, 2004 |

### AFFIDAVIT OF CAPTAIN JOSEPH CARLONE

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am a Correctional Captain for the State of Connecticut Department of Correction, assigned to Cheshire Correctional Institution (hereinafter "Cheshire"). I have worked for the State of Connecticut Department of Correction Department of Correction for approximately 14 years.

3. I have been a Correctional Captain at Cheshire for nearly four years.

4. I have reviewed the records of the plaintiff in this lawsuit. Inmate Dana Mozell was at Cheshire Correctional Institution from November 10, 1993 until September 9, 2002.

5. I have researched whether or not inmate Mozell filed any grievances while at Cheshire with Cheshire's grievance coordinator. I am informed, based on a review of the records, that inmate Mozell filed no grievances while at Cheshire.

/s/<br>
Joseph N. Carlone

Subscribed and sworn to before me this ___ day of August 2004.

___/s/_____

Commissioner of the Superior Court/
Notary Public  My Commission expires____