UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANA MOZELL, Petitioner | : | CASE NO. 3:02CV1035(DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | NOVEMBER 16, 2004 |

FILED
2004 NOV 30 P 1:09
U.S. DISTRICT COURT

## PETITIONER'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the Petitioner, Dana Mozell, hereby requests that the Court grant an initial extension of time sixty (60) days, to respond the Defendant's Motion For Summary Judgment.

The request for an extension of time is on the grounds that additional time is needed to prepare and gather legal material and documents to challenge his claim. However, from Monday, August 30, 2004 through Monday, September 6, 2004, the Library at Carl Robinson was closed. This has hamsrung the Petitioner to prepare for his defense against the Defendant.

This is the first Motion To Extension Of Time filed by the Petitioner. Because the Petitioner is presently incarcerated, the Petitioner cannot ascertain his position as to the instant Motion To Extend Time. This is the third attempt the Petitioner has submitted request, but has been returned by the Clerk's Office.

Respectfully submitted
THE PETITIONER,

Dana Mozell, Pro Se    Mr. Dana Mozell
DOC # 208420           #208420

CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed postage pre-paid, on this 16th day of November, 2004 to:

The Honorable Richard Blumenthal
Office of the Attorney General
55 Elm Street
Hartford, CT  06106

The Honorable Lynn D. Wittenbrink
Asst. Attorney General
55 Elm Street
Hartford, CT  06106

The Honorable John J. Armstrong
Department of Corrections
24 Wolcott Hill Road
Wethersfield, CT  06109

C/O Mark Melewski
Cheshire C.I.
900 Highland Avenue
Cheshire, CT  06410

C/O/ Alvin Vernon
Cheshire C.I.
900 Highland Avenue
Cheshire, CT  06410

BY: _Mr. Dana Mozell #208420_
Dana Mozell, Pro Se
DOC # 208420