UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC -7 P 4: 53

U.S. DISTRICT COURT
PRISONER HARTFORD, CT.

DANA MOZELL

v.                                    Case No.  3:02CV1035(DFM)

COMMISSIONER JOHN ARMSTRONG and
WARDEN HECTOR RODRIGUEZ

RULING AND ORDER

Plaintiff seeks a sixty-day extension of time to respond to defendants' August 23, 2004 motion for summary judgment. In support of his motion, plaintiff states that the library at Carl Robinson Correctional Institution was closed for one week from August 30, 2004, until September 6, 2004. Plaintiff does not state why he has not been able to submit his opposition in the three months since that date.

Plaintiff's motion [**doc. #31**] is **GRANTED** to the extent that plaintiff is afforded **thirty (30)** days from the date of this order to submit his opposition.

**SO ORDERED** this 7th day of December, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE