1#14

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN -4 P 3:07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DANA MOZELL : CASE NO. 3:02CV1035 (DFM)

v. :

COMMISSIONER JOHN J. ARMSTRONG and WARDEN HECTOR RODRIGUEZ : DECEMBER 15, 2004

PLAINTIFF'S RESPONSE TO COURT ORDER TO SUBMIT PLAINTIFF'S OPPOSITION

The Plaintiff, Dana Mozell, by Court Order, hereby respectfully moves to submit his opposition of the three months period of his Motion For Extension Of Time.

The Plaintiff avers that during the past three months he has attempted on two occasions to submit his Motion For Extension Of Time, but the Motion For Extension Of Time were returned to the Plaintiff, due to deficient in the area of L.R. 5(b) and that the Plaintiff's signature was required. (See attachments).

For this reason, the Plaintiff claims that a three months period exists and respectfully responds to this Honorable Court.

This Honorable Court shall recognize that in any action brought before a Court, both, the Defendant and Plaintiff should exercise and enjoy their right to prepare themselves for their defense against any claim. This right is fundamentally protected by the Constitution of the United States.

WHEREFORE, the Plaintiff, Dana Mozell, respectfully prays that his sixty days Motion For Extension Of Time be GRANTED.

Respectfully submitted
THE PLAINTIFF,

Dana Mozell, Pro Se (#205420)

Dana Mozell

$1.50



CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed, postage pre-paid on this 15th day of December, 2004 to:

The Honorable Richard Blumenthal
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Ms. Lynn D. Wittenbrink
Asst. Attorney General
110 Sherman Street
Hartford, CT 06105

The Honorable John J. Armstrong
Department of Corrections
24 Wolcott Hill Road
Wethersfield, CT 06109

Mr. Mark Melewski
Correctional Officer
Cheshire C.I./
900 Highland Avenue
Cheshire, CT 06410

Mr. Alvin Vernon
Correctional Officer
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410

BY: Dana Mozell
Dana Mozell, Pro Se
Inmate No. 204420
Carl Robinson C.I.
P.O. Box 1400
Enfield, CT 06083

3:02-cv-1035

Dana Mozell
Inmate 208420
Carl Robinson Correctional Institution
PO Box 1400
Enfield, CT 06083

Note: You may receive notice that the court has electronically filed an order. You also may receive documents or orders that have an electronic signature. Which appears as "/s/" on the signature line. These documents are properly filed.

2#B

SEP 15 2004

FILED AT 9/15/04 By [signature]

UNITED STATES DISTRICT COURT
District of Connecticut

DANA MOZELL : CASE NO. 3:02cv1035(DFM)

v. :

JOHN J. ARMSRONG, ET AL : SEPTEMBER 10, 2004

**PLAINTIFF REQUESTS FOR EXTENSION OF TIME**

The Plaintiff respectfully requests this honorable court for an extension of time to the 21 days for the Plaintiff's response to the Defendant's Motion For Summary Judgment.

Based on the fact that the Plaintiff must present his defense against the Defendant, the Plaintiff claims that he must prepare and gather legal material, documents and case laws to cite.

Due to the fact that he is currently incarcerated, his only sorce of information may be obtained by the usage of the prison's library law section. However, that from Monday, August 30, 2004 through Monday, September 6, 2004, the library at Carl Robinson Correctional Institution was closed. This has hamstrung the Plaintiff to prepare for his response to the Defendant.

WHEREFORE, the Plaintiff respectfully requests that a Hearing be held on this Motion and that thereafter said Motion be GRANTED.

Respectfully submitted
THE PLAINTIFF,

Dana Mozell, Pro Se
DOC # [signature]

2#B

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid to:

Office of the Attorney General
55 Elm Street
Hartford, CT 06106

BY: [signature]
Dana Mozell, Pro Se
DOC #

On this 10th day of September, 2004



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANA MOZELL, Petitioner | : | CIV NO. 3:02cv1035(DFM) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | OCTOBER 22, 2004 |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the Petitioner, Dana Mozell, hereby requests that the Court grant an initial extension of time sixty (60) days, to respond the Defendant's Motion For Summary Judgment.

The request for an extension of time is on the grounds that addtional time is needed to prepare and gather legal material and documents to challenge his claim. However, from Monday, August 30, 2004 through Monday, September 6, 2004, the Library at Carl Robinson Correctional Institution was closed. This has hamstrung the Petitioner to prepare for his defense against the Defendant.

This is the first Motion To Extend Time filed by the Petitioner. Because the Petitioner is presently incarcerated, the Petitioner cannot ascertain his position as to the instant Motion To Extend Time.

Respectfully submitted

THE PETITIONER,

Dana Mozell, Pro Se Dana Mozell
DOC # 208420



CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 12th day of October, 2004 to:

Office of the Attorney General
55 Elm Street
Hartford, CT 06106

BY: [signature]
Dana Mozell, Pro Se
DOC # 208420

The Honorable John J. Armsrong
Department of Corrections
24 Wolcott Hill Road
Wethersfield, CT 06109

Mark Melewski
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410

Alvin Vernon
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410