UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -7 P 2: 34
U.S. DISTRICT COURT
HARTFORD, CT.

DANA MOZELL

v.                                   Case No. 3:02CV1035(DFM)

COMMISSIONER JOHN ARMSTRONG and
WARDEN HECTOR RODRIGUEZ

## RULING AND ORDER

Defendants filed their motion for summary judgment on August 23, 2004. In November 2004, plaintiff filed a motion seeking a sixty-day extension of time to respond to the motion. Plaintiff stated that he was unable to use the prison library from August 30, 2004, until September 6, 2004. On December 7, 2004, the court granted plaintiff's motion and ordered that he file his opposition within thirty days.

Plaintiff now has filed a second motion seeking an additional sixty days to respond to the motion. He states that all of his previous motions for extension of time were returned to him because he filed them without a signature. He is incorrect. Although some motions might have been returned, the court granted one motion for extension of time. Plaintiff does not provide any reason why his inability to submit a proper motion for extension of time prevented him from preparing his opposition to defendants' motion.

Plaintiff's motion [**doc. #34**] is **GRANTED** to the extent that he is afforded an extension of time until **January 28, 2005,** to

file his response to defendants' motion for summary judgment. By that date, plaintiff will have had over five months to prepare and submit his response. If no response is received by January 28, 2005, the court will considered the motion as unopposed. Any request for additional time will not be considered favorably.

   **SO ORDERED** this ___6th___ day of January, 2005, at Hartford, Connecticut.

                                     _____
                                     DONNA F. MARTINEZ
                                     UNITED STATES MAGISTRATE JUDGE