UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANA MOZELL

v.

JOHN J. ARMSTRONG
HECTOR RODRIGUEZ
MELEWSKI
VERNON.

PRISONER
Case No 3:02cv1035 (DFM)

## J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge. This case was transferred to Magistrate Judge Martinez after the parties consented to the exercise of jurisdiction by a magistrate judge.

By amended complaint filed September 30, 2002, plaintiff withdrew all claims against defendants Armstrong and Rodriguez.

The Court has considered the motion for summary judgment and all the related papers. On February 15, 2005, the Court filed its Ruling and Order granting defendants' motion and directing the Clerk to enter judgment and close the case.

Therefore, it is **ORDERED** and **ADJUDGED** that the judgment is entered in favor of defendants and the case is closed.

Dated at Bridgeport, Connecticut this 17th of February, 2005.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____