UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

DANA MOZELL,                        :    CASE NO. 3:02CV1035 DFM)

APPELLANT                           :

    v.                              :

JOHN J. ARMSTRONG, et al.,          :

APPELLEE                            :    MARCH 5, 2005

### MOTION FOR APPEAL

The Appellant, Dana Mozell, respectfully moves this Honorable Court of Appeals for the Second Circuit to grant his Motion For Appeal, based on the following facts:

1. Mr. Mozell contends that the United States District Court "failed" to dismiss the Appellee's, Correctional Officers Melewski and Vernon's Motion For Summary Judgment.

2. Mr. Mozell contends that the United States District Court "favored" the Appellee's Motion For Summary Judgment, because it claimed that the Appellant failed to exhaust his administrative remedies, instead of recognizing that during the time the Appellant was attacked at the place of his confinement, the Appellees "failed" to protect him. Mr. Mozell claims that he did in fact filed a Grievance at Cheshire Correctional Institution in Cheshire, Connecticut, but that the Connecticut Department of Correction refuses to admit this "fact".

3. Mr. Mozell contends that the United States District Court "failed" to recognize that "safe and security" is a priority within the Connecticut Department of Correction. Assuming that Mr. Mozell failed to use his administrative remedies as the Appellees

claim to be, "cruel and unusual punishment" is not part of the punishment any prisoner should experience as part of his debt to society. Prison administrators are under an obligation to take reasonable mesures to guarantee the "safety and security" of prisoners.

4. Mr. Mozell contends that in 1994, the United States Supreme Court noted, "In particular", as the lower Courts have uniformly held, and as we have assumed, "prison officials" have a duty to protect prisoners from violence at the hands of other prisoners.

5. Mr. Mozell contends that assuming that he failed to exhaust his administrative remedies as the Appellees seem to claim, the Appellant contends that the serious injury he sustained was as a result of "deliberate indifferences" on the part of the Appellees.

WHEREFORE, the Appellant, Dana Mozell, respectfully requests this Honorable Court of Appeals for the Second Circuit to grant his Motion For Appeal, based on the above mitigating factors and due to the simple fact that the Appellees clearly violated his statutory and constitutional rights for "failure" to act in conscience to the "safety and security" of the Appellant.

Respectfully submitted

THE APPELLANT,

*Dana Mozell*

Dana Mozell, Pro Se
Inmate No. 208420
Carl Robinson C.I.
P.O. Box 1400
Enfield, CT 06083

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed, postage pre-paid on this 5th day of March, 2005 to:

Ms. Lynn D. Wittenbrink
Asst. Attorney General
110 Sherman Street
Hartford, CT  06105                BY: _Dana Mozell_____
                                        Dana Mozell, Pro Se
For:                                    Inmate No. 208420

Mr. John J. Armstrong
Commissioner of Corrections

Correctional Officer Melewski
Cheshire C.I.

Correctional Officer Vernon
Cheshire C.I.

United States Court of Appeals
for the Second Circuit
Office of the Clerk
United States Thurgood Marshall Courthouse
40 Foley Square - Room 1403
New York, N.Y. 10007

John M. Walker, Jr.
   Chief Judge

Roseann B. MacKechnie,
   Clerk

April 7, 2005

United States District Court
District of Connecticut
Office of the Clerk
450 Main Street, Room 317
Hartford, CT 06103
Attn: Appeals

Re: Mozell v. Armstrong

    The enclosed pro se papers, indicated as a notice of appeal, was mistakenly sent to the Court of Appeals. We received the papers on March 31, 2005.

    In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, I have noted thereon the date it was received, and transmit it to you for filing. In the event that this notice of appeal was also filed directly with you, it need not be filed again.

                             Roseann B. MacKechnie,
                             Clerk

                      By: _____
                           Jin Hui Chen
                           Intake Specialist

cc:    **Dana Mozell**

April 7, 2005

United States District Court
District of Connecticut
Office of the Clerk
450 Main Street, Room 317
Hartford, CT 06103
Attn: Appeals