

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED
2006 FEB -3 P 2: 08

Roseann B. MacKechnie
Clerk

Date:                11/23/05
Docket Number:       05-2015-pr
Short Title:         Mozell v. Armstrong
DC Docket Number:    02-cv-1035
DC:                  CTDC (New Haven)
DC Judge:            Hon. D. Martinez

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of November, two thousand and five.

Dana Mozell,

    Plaintiff-Appellant,

v.                                                              05-2015-pr

Melewski, C/O, I/O, Vernon,

    Defendant-Appellee,

John J. Armstrong,

    Defendant.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 02/17/05 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

ROSEANN B. MACKECHNIE, Clerk

Elizabeth Munoz
Deputy Clerk

Certified:   NOV 2 3 2005